## UNITED STATES DISTRICT COURT
### DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is Trustee, et al.,
        Plaintiffs

  v.                          Civil Action No. 04-10520-DPW

D.J. STAMPFL CORP.
        Defendant

## ORDER OF REFERENCE

In accordance with 28 U.S.C. §636 and the Rules for United States Magistrates in the United States District Court for the District of Massachusetts, the above-entitled case is referred to Magistrate Judge DEIN for the following proceedings:

(A)    Determination (Order) on:
      ( ) Rule 16(b) and/or Pretrial proceedings _____
      **(X )** Nondispositive pretrial and discovery motions(s) not listed in Paragraph (B) below
        See Documents Numbered : __(see below)_____    ( ) Trial pursuant to 28 U.S.C. §636(c) or 18 U.S.C. §3401 and applicable rules

        Action taken by the Magistrate Judge on matters referred for determination shall constitute the Order of the Court and shall be reconsidered only where shown to be clearly erroneous in fact or contrary to law.
        28 U.S.C. §636(b)(1)(A)

(B)    Findings and Recommendations pursuant to 28 U.S.C. §636(b)(1)(B) on:
      ( ) Motion(s) for injunctive relief
      ( ) Motion(s) for judgment on the pleadings
      ( ) Motion(s) for summary judgment
      ( ) Motion(s) to permit maintenance of a class action
      ( ) Motion(s) to suppress evidence
      ( ) Motion(s) to dismiss
        See Documents Numbered: _____

(C)    Service as a special master for hearing, determination and report, subject to the terms of the special order filed herewith:
      ( ) In accordance with Rule 53, F.R.Civ.P.
      ( ) In accordance with 42 U.S.C. §2000e-5(f)(5)

(D)    Special instructions: **Plaintiff's Motion for an Ex Parte Order of Attachment by Trustee Process**

April 21, 2004            By :   /s/ Rebecca Greenberg
                            Deputy Clerk