*Commonwealth of Massachusetts*

*Suffolk, ss.*                                                            Civil Action No. 04-10520 DPW

*Paul J. McNally, et al*

*Plaintiff(s)*

                                                                          Answer of the Garnishee
                                                                          Fleet National Bank
*vs.*

*D.J. Stampfl Corp.*

*Defendant(s)*

*and*

*Fleet National Bank*

*Trustee*

---

*And now the Fleet National Bank, a national banking association summoned as trustee of the defendent(s) in the above-entitled action, appears Sandra Allen, authorized official, who makes an answer that at the time of service the plaintiff's writ upon it, Fleet National Bank is holding $0.00 in the name of D.J. Stampfl Corp.*

*Signed under the pains and penalties of perjury.*

Fleet National Bank

By _____  Date: 5/11/04

Sandra Allen
Court Order Processing
5701 Horatio Street
Utica, NY 13502



Fleet National Bank
Court Order Processing
Mail Stop: NYUT35402J
5701 Horatio Street
Utica, NY 13502
Fax No.(401)-458-4167

May 11, 2004

**Clerk Of The District Court**
**U.S. Courthouse**
**One Courthouse Way, Suite 2300**
**Boston, MA 02210**

Re: Paul J. McNally, et al
vs: D.J. Stampfl Corp.

Enclosed is a copy of the trustee's answer with respect to the above mentioned action. Please file on our behalf.

Sincerely,

Sandra Allen

cc: Segal, Roitman & Coleman, Esquire