UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>　　　　Defendant<br><br>and<br><br>FLEET BANK,<br>　　　　Trustee | C.A. No. 04-10520 DPW |

## STATUS REPORT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully submit to this honorable Court the following status report for the above-captioned matter.

The Complaint was filed on March 12, 2004 and served upon the Defendant on or about May 21, 2004. A true and accurate copy of the Return of Service is attached hereto as Exhibit A. Since that time, the parties have been working diligently to reach an agreement on payment. To that end, on June 8, 2004, the Plaintiffs agreed to extend the time by which the Defendant was to answer their Complaint. On June 24, 2004, the Plaintiffs were made aware of an additional

delinquent contribution owed by the Defendant, and informed Defendant's counsel of the adjusted amount due. By attempting to reach an agreement on payment in lieu of moving forward with the litigation at this time, the parties hope to save costs on all sides and to respect this honorable Court's time.

WHEREFORE, the parties seek an extension of the time by which the Defendant must file an Answer to the Plaintiff's Complaint or the Plaintiffs must file a Request to Enter Default in this matter until July 28, 2004.

Respectfully submitted,

PAUL J. MCNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS'
HEALTH AND WELFARE FUND, et al,

By their attorneys,

*/s/ Gregory A. Geiman*
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

Dated: June 30, 2004

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Status Report has been served by first class mail upon counsel for the defendant, James G. Grillo at Heafitz & Sullivan LLP, 56 Chestnut Hill Avenue, Boston, MA  02135, this 30th day of June, 2004.

*/s/ Gregory A. Geiman*
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 03-050/statusrpt.doc

2