AO 440 (Rev. 10/93) Summons in a Civil Action

# United States District Court

FILED

DISTRICT OF ⎯⎯⎯⎯⎯⎯ 2004 JUL -1 A 11: 39

U.S. DISTRICT COURT
DISTRICT OF MASS.

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH
AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST
FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND;
MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,

                                    Plaintiffs

## SUMMONS IN A CIVIL CASE

V.

D.J. Stampfl Corp.,

                        Defendant

                        and

Fleet Bank,

                        Trustee

CASE NUMBER:

## 04 CV 1 0 5 2 0 DPW

TO: (Name and address of defendant)

> D.J. Stampfl Corp.
> 445 Walpole Street
> Norwood, MA 02062

## YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Anne R. Sills, Esquire
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA 02108

an answer to the complaint which is herewith served upon you, within ⎯⎯⎯⎯⎯ 20 ⎯⎯⎯⎯⎯ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

TONY ANASTAS

CLERK

DATE     MAR 1 5 2004

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action  (Reverse)

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me  1 | |
| NAME OF SERVER (PRINT) | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____          _____
　　　　　　　Date　　　　　　　　　　　　　　　　　　Signature of Server

**Norfolk County Sheriff's Department**　2015 Washington St. • Braintree, MA 02184 • (781) 326-1787

*Norfolk, ss.*

I hereby certify and return that on 5/21/2004 at 10:40 am I served a true and attested copy of the summons and complaint
with exhibits in this action in the following manner: To wit, by delivering in hand to Dennis Stampfl, owner, , person in
charge at the time of service for D.J. Stampfl Corp., at ,  445 Walpole Street,   Norwood, MA 02062.Basic Service Fee
($30.00), Copies-Attestation ($5.00), Conveyance ($4.50), Postage and Handling ($1.00), Travel ($8.96) Total Charges
$49.46

May 25, 2004

_____
Deputy Sheriff

**Deputy Sheriff James E. Riggs**

(1)　　As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure