UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
OFFICE
2004 JUL 29 P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>　　　　Defendant<br><br>and<br><br>FLEET BANK,<br>　　　　Trustee | C.A. No. 04-10520 DPW |

## VERIFIED REQUEST TO ENTER DEFAULT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, request the Clerk to enter the default of D.J. Stampfl Corp. (hereinafter "D.J. Stampfl"). This request is made pursuant to Rule 55(a), Fed.R.Civ.P. In support of this request, the Plaintiffs say:

1) This action was filed on March 12, 2004.

2) Complaint was served on defendant D.J. Stampfl on May 21, 2004.

3) D.J. Stampfl has filed neither an Answer nor a responsive pleading to the Complaint.

WHEREFORE, plaintiffs seek the entry of Default in this matter.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

_____
Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA  02108
(617) 742-0208

## VERIFICATION

I, Gregory A. Geiman, verify that I have read this Verified Request to Enter Default and that the facts set out in the Request are true to the best of my knowledge and belief.

_____
Gregory A. Geiman, Esquire

Dated: July 27, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Status Report has been served by first class mail upon counsel for the defendant, James G. Grillo at Heafitz & Sullivan LLP, 56 Chestnut Hill Avenue, Boston, MA  02135, this 27th day of July, 2004.

_____
Gregory A. Geiman, Esquire

ARS/ars&ts
6306 03-050/verreqdf.doc

2

# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, JR.
PAUL S. HOROVITZ

* Also Admitted to the
  New Hampshire Bar

** Also Admitted to
   the California Bar

FILED
CLERK'S OFFICE

2004 JUL 29 P 12: 54

U.S. DISTRICT COURT
DISTRICT OF MASS

July 27, 2004

Rebecca Greenberg, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Paul J. McNally, as he is Trustee, et al vs. D.J. Stampfl Corp.
      C.A. No. 04-10520 DPW

Dear Ms. Greenberg:

Enclosed for filing please find Plaintiffs' Verified Request to Enter Default.

Thank you for your attention and assistance.

Very truly yours,

Gregory A. Geiman

Encl.
cc:   James G. Grillo, Esq.

ARS/ts
6306 03-050/greenberg5.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187