UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>    Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>    Defendant<br><br>and<br><br>FLEET BANK,<br>    Trustee | C.A. No. 04-10520 DPW |

## MOTION FOR EXTENSION OF TIME TO FILE
## FOR ENTRY OF DEFAULT JUDGMENT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, herein respectfully move this honorable Court for an extension of time until September 15, 2004 in which to file Plaintiffs' Motion for Entry of Default Judgment. As grounds therefore, Plaintiffs state as follows:

  1.  The Plaintiffs have experienced an unanticipated delay in receipt of the necessary affidavits in support of their Motion.

WHEREFORE, Plaintiffs seek an extension of time until September 15, 2004 in which to file for Entry of Default Judgment in this matter.

        Respectfully submitted,

        PAUL J. MCNALLY, as he is
        TRUSTEE, MASSACHUSETTS
        LABORERS' HEALTH AND WELFARE FUND,
        et al,

        By their attorneys,

        /s/ Gregory A. Geiman
        Anne R. Sills, Esquire
        BBO #546576
        Gregory A. Geiman, Esquire
        BBO #655207
        Segal, Roitman & Coleman
        11 Beacon Street
        Suite #500
        Boston, MA 02108
        (617) 742-0208

Dated: September 1, 2004

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Status Report has been served by first class mail upon counsel for the defendant, James G. Grillo at Heafitz & Sullivan LLP, 56 Chestnut Hill Avenue, Boston, MA 02135, this 1st day of September, 2004.

        /s/ Gregory A. Geiman
        Gregory A. Geiman, Esquire

ARS/ars&ts
6306 03-050/motextime.doc

# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

\* Also Admitted to the New Hampshire Bar

\*\*Also Admitted to the California Bar

September 1, 2004

Rebecca Greenberg, Deputy Clerk
United States District Court
for the District of Massachusetts
John Joseph Moakley U.S. Courthouse
One Courthouse Way
Boston, MA 02210

Re:   Paul J. McNally, as he is Trustee, et al vs. D.J. Stampfl Corp.
      C.A. No. 04-10520 DPW

Dear Ms. Greenberg:

Enclosed for filing please find Plaintiffs' Motion for Extension of Time to File for Entry of Default Judgment.

Thank you for your attention and assistance.

Very truly yours,

Gregory A. Geiman

Encl.
cc:   James G. Grillo, Esq.

ARS/ts
6306 03-050/greenberg6.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187