UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
               Plaintiffs

               vs.

D.J. STAMPFL CORP.,
               Defendant

               and

FLEET BANK,
               Trustee

C.A. No. 04-10520 DPW

## PLAINTIFFS' MOTION FOR ENTRY OF DEFAULT JUDGMENT AGAINST D.J. STAMPFL CORP.

Now come the Plaintiffs (hereinafter, the "Funds"), and request the Clerk, pursuant to Rule 55(b)(1), Fed.R.Civ.P., to enter default judgment in favor of the Funds and against Defendant D.J. Stampfl Corp. (hereinafter "Stampfl"), holding Stampfl liable for all unpaid contributions owed to the Funds, together with interest, statutory liquidated damages, reasonable attorneys' fees, and costs as follows:

| | | |
|---|---|---|
| A. | Principal owed to the Funds through December, 2003 | $8,830.32 |
| B. | Prejudgment interest on the unpaid contributions, as mandated by 29 U.S.C. § 1132(g)(2)(B), if all contributions are paid by the end of September, 2004 | $660.46 |

| | | |
|---|---|---|
| C. | Underpayments and interest on late-paid contributions | $13,938.34 |
| D. | Liquidated damages as mandated by 29 U.S.C. §1132(g)(2)(C) | $1,766.06 |
| E. | Attorneys' Fees as mandated by §1132(g)(2)(D) | $1550.00 |
| F. | Costs | $327.40 |
| | TOTAL | $27,072.58 |

As grounds therefore, Plaintiffs state that default has been entered against Defendant for failure to answer or otherwise defend as to the Complaint of the Plaintiffs. Plaintiffs' claim is for a sum certain. Finally, Defendant is neither an infant nor an incompetent person.

WHEREFORE, Plaintiffs respectfully request that default judgment be entered against D.J. Stampfl Corp.

Respectfully submitted,

PAUL J. MCNALLY, as he is
TRUSTEE, MASSACHUSETTS
LABORERS' HEALTH AND WELFARE
FUND, et al,

By their attorneys,

/s/ Gregory A. Geiman

Anne R. Sills, Esquire
BBO #546576
Gregory A. Geiman, Esquire
BBO #655207
Segal, Roitman & Coleman
11 Beacon Street
Suite #500
Boston, MA 02108
(617) 742-0208

Dated: September 15, 2004

2

## CERTIFICATE OF SERVICE

  This is to certify that a copy of the above Motion for Default Judgment has been served by certified and first class mail upon the defendant's attorney, James G. Grillo, at Heafitz & Sullivan, LLP, 58 Chestnut Hill Avenue, Boston, Massachusetts, this _15_ day of September, 2004.

                 _____
                 Gregory A. Geiman, Esquire

ARS/gag&ts
6306 03-050/motdefjd.doc