UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,

    Plaintiffs

vs.

D.J. STAMPFL CORP.,

    Defendant

and

FLEET BANK,

    Trustee

C.A. No. 04-10520 DPW

## DEFAULT JUDGMENT

Defendant D.J. Stampfl Corp., having failed to plead or otherwise defend in this action and its default having been entered,

Now, upon application of Plaintiffs and affidavits and a memorandum of law demonstrating that Defendant owes Plaintiffs the sum of $8,830.32 in unpaid benefit funds contributions; $660.46 in interest on the unpaid contributions; $13,938.34 in underpayments and interest on late-paid contributions; an additional $1,766.06 in liquidated damages; and $1,877.40 in attorneys' fees and costs; and that Defendant is not an infant or incompetent person or in the military service of the United States, it is hereby

ORDERED, ADJUDGED AND DECREED that Plaintiff recover from Defendant D.J. Stampfl Corp. the principal amount of $8,830.32; prejudgment interest of $660.46; underpayments and interest on late-paid contributions of $13,398.34; liquidated damages of $1,766.06; and attorneys' fees and costs of $1,877.40, for a total judgment of $27,072.58, with interest as provided by law, which interest rate is effective this date is _____ percent.

                                                                _____
                                                                The Honorable Douglas P. Woodlock
                                                                United States District Court

Dated: _____

ARS/gag&ts
6306 03-050/defltjdg.doc