UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND and NEW ENGLAND LABORERS'
TRAINING TRUST FUND; JAMES MERLONI, JR.,
as he is TRUSTEE, MASSACHUSETTS LABORERS'
PENSION FUND and MASSACHUSETTS LEGAL
SERVICES FUND; MARTIN F. WALSH, as he is
TRUSTEE, MASSACHUSETTS LABORERS'
ANNUITY FUND,
      Plaintiffs

vs.

D.J. STAMPFL CORP.,
      Defendant

and

FLEET BANK,
      Trustee

C.A. No. 04-10520 DPW

### AFFIDAVIT OF THOMAS MASIELLO AS TO
### MILITARY SERVICE, INFANCY AND INCOMPETENCE

1. My name is Thomas Masiello. I am the Administrator of the Massachusetts Laborers' Benefit Health and Welfare Fund.

2. I make this affidavit pursuant to the provisions of the Soldiers' and Sailors' Civil Relief Act.

3. I have caused careful investigation to be made to ascertain whether D.J. Stampfl Corp., the above-named defendant, is within the military service of the United States, and have concluded on the basis of such investigation that it is not.

4. I have also caused careful investigation to be made to ascertain whether D.J. Stampfl Corp. is an infant or incompetent person, and have concluded on the basis of such investigation that it is not.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 31 DAY OF AUGUST, 2004.

_____
Thomas Masiello

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon the defendant's attorney, James G. Grillo, at Heafitz & Sullivan, LLP, 58 Chestnut Hill Avenue, Boston, Massachusetts, this 15 day of ~~August,~~ September 2004.

_____
Gregory A. Geiman, Esquire

ARS/gag&ts
6306 03-050/affmasiello.doc

2