## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>　　　　　vs.<br><br>D.J. STAMPFL CORP.,<br>　　　　　Defendant<br><br>　　　　　and<br><br>FLEET BANK,<br>　　　　　Trustee | C.A. No. 04-10520 DPW |

### AFFIDAVIT OF ANNE R. SILLS

1.　My name is Anne R. Sills. I am a partner with the law firm of Segal, Roitman & Coleman.

2.　This firm has been involved in efforts to collect contributions owed the Massachusetts Laborers' Benefit Funds since on or about February 20, 2003. Since that date, we have incurred legal fees of $1550.00 and costs of $327.40.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 15th DAY OF SEPTEMBER, 2004.

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Anne R. Sills
　　　　　　　　　　　　　　　　　　　　　　　　Anne R. Sills, Esquire

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Affidavit has been served by certified and first class mail upon the defendant's attorney, James G. Grillo, at Heafitz & Sullivan, LLP, 58 Chestnut Hill Avenue, Boston, Massachusetts, this _15_ day of September, 2004.

_____
Gregory A. Geiman, Esquire

ARS/ars&ts
6306 03-050/affsills1.doc