UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is TRUSTEE,
MASSACHUSETTS LABORERS' HEALTH AND
WELFARE FUND, ET AL.,
         Plaintiffs,

v.                                    CIVIL ACTION
                                      NO. 04-10520-DPW

D.J. STAMPFEL CORP,
         Defendant.
   and
FLEET BANK,
         Trustee

**DEFAULT JUDGMENT**

WOODLOCK, D.J.

      Defendant D.J. STAMPFL CORP., having failed to plead or otherwise defend in this action and its default having been entered,

      Now, upon application of plaintiff and affidavits demonstrating that defendant owes plaintiff the sum of $8,830.32 in unpaid benefit fund contributions, $660.46 in interest on the unpaid contributions, $13,938.34 in underpayments and interest on late-paid contributions, an additional $1,766.06 in liquidated damages, and $1,877.40 in attorneys' fees and costs, and that defendant is not an infant or incompetent person or in the military service of the United States, and that plaintiff has incurred costs in the total sum of **$27,072.58**, it is hereby

      ORDERED, ADJUDGED AND DECREED that plaintiff recover from defendant D.J. STAMPFL CORP., the total sum of **$27,072.58**, with interest as provided by law, which post judgment interest rate effective this date is 2.20 percent[1].

                                            By the Court,

                                            /s/ Rebecca Greenberg

---

[1] The post-judgment interest rate is the weekly average of One Year Constant Maturity Treasury Yield as published by the Board of Governors of the Federal Reserve System - 28 U.S.C. §1961.

Dated: OCTOBER 6, 2004                                          Deputy Clerk