UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>　　　　Defendant<br><br>and<br><br>FLEET BANK,<br>　　　　Trustee | C.A. No. 04-10520 DPW |

## MOTION TO COMPEL POST-JUDGMENT DISCOVERY RESPONSES

Now come the Plaintiffs, Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al ("the Funds"), and move this honorable Court for an Order, pursuant to Rule 37 of the Federal Rules of Civil Procedure, compelling Defendant D.J. Stampfl Corp. ("Stampfl") to answer Plaintiffs' Post Judgment Interrogatories and Requests for Production of Documents ("Post-Judgment Discovery"), to pay the expenses, including attorneys' fees, incurred by the Funds in filing this Motion, and informing Stampfl that absent full compliance with the Order within fourteen (14) days, the Court will enter appropriate findings against it.

As grounds for their Motion, the Funds state that Stampfl has failed to answer Plaintiffs' Post-Judgment Discovery, served on May 19, 2005. As further grounds, the Funds rely on their Memorandum in Support of Motion to Compel Post-Judgment Discovery Responses, and the Affidavit of Gregory A. Geiman, accompanying this Motion.

WHEREFORE, the Plaintiff Funds respectfully request that the Court grant their Motion to Compel and enter an Order (1) compelling Stampfl to respond to the Funds' Post-Judgment Discovery within at least fourteen (14) days of the date of the Order; (2) compelling Stampfl to pay the expenses, including attorneys' fees, incurred by the Funds in filing this Motion; and (3) informing Stampfl that the Court will order sanctions as authorized under Rule 37(b)(2)(D) if it fails to comply fully with the Court Order within fourteen (14) days.

> Respectfully submitted,
>
> PAUL J. MCNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208

Dated:  December 15, 2005

## CERTIFICATE OF COUNSEL

I hereby certify that I informed Stampfl via letter sent certified and first class mail to company president Dennis J. Stampfl on November 14, 2005 that I would file a motion to

compel discovery responses if I did not receive answers by November 23, 2005. A copy of this letter is attached as Exhibit B to the Affidavit of Gregory A. Geiman, accompanying this Motion. Stampfl did not respond to this letter. This is signed by me under the pains and penalties of perjury this 15th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion to Compel Post-Judgment Discovery Responses has been served by first class mail upon the defendant, D.J. Stampfl at 45 Walpole Street, Norwood, MA 02062 this 15th day of December, 2005.

/s/ Gregory A. Geiman
Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-129/motion-compelpj-discovery.doc