UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>          Defendant<br><br>and<br><br>FLEET BANK,<br>          Trustee | C.A. No. 04-10520 DPW |

**FINDINGS AND ORDER TO COMPEL**
**POST-JUDGMENT DISCOVERY RESPONSES**

This matter, having come before me on the Plaintiff Funds' Motion to Compel Post-Judgment Discovery Responses, and upon consideration of the motion, affidavit and memorandum on file, I find that:

Defendant D.J. Stampfl Corp. ("Stampfl") was served with the Plaintiffs' Post-Judgment Interrogatories and Requests for Production of Documents on May 19, 2005. To date, Stampfl has failed to answer the interrogatories and requests for production of documents in any way.

WHEREFORE, it is hereby ORDERED that:

(1) Stampfl shall answer the Plaintiff Funds' Post Judgment Interrogatories and Requests for Production of Documents completely within at least fourteen (14) days of the date of this Order; and

(2) The Court will order sanctions as authorized under Rule 37(b)(2)(D) against Stampfl if it fails to comply fully with this Order within fourteen (14) days.

SO ORDERED.

_____
The Honorable Douglas P. Woodlock
United States District Court

Dated:_____

GAG/gag&ts
ARS 6306 05-129/find&ord-compel-pjdisc2.doc