```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

PAUL J. McNALLY, as he is Trustee, et al.,
    Plaintiffs
    v.                         Civil Action No. 04-10520-DPW

D.J. STAMPFL CORP.
    Defendant

**ORDER ON MOTION TO COMPEL POST-JUDGMENT DISCOVERY RESPONSES**

WOODLOCK, D.J.

    In accordance with this Court's ruling on Plaintiff's motion to Compel Post-Judgment Discovery [24], it is hereby Ordered:

(1) Stampfl shall answer the Plaintiff's Post Judgment Interrogatories and Requests for Production of Documents completely within at least fourteen (14) days of the date of this Order; and

(2) The Court will order sanctions as authorized under Rule 37(b)(2)(D) against Stampfl if it fails to comply fully with this Order within fourteen (14) days.

    The Plaintiffs shall serve this order on the Defendant D.J. Stampfl Corp. as soon as possible.

                                      BY THE COURT,

                                      /s/Michelle Rynne
                                      Deputy Clerk

February 8, 2006