UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>          Plaintiffs<br><br>vs.<br><br>D.J. STAMPFL CORP.,<br>          Defendant<br><br>and<br><br>FLEET BANK,<br>          Trustee | C.A. No. 04-10520 DPW |

## PLAINTIFFS' MOTION FOR FINDING OF CIVIL CONTEMPT

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al, move this honorable Court for issuance of an order to show cause why Defendant D.J. Stampfl Corp. ("Stampfl") should not be found in contempt of this Court's Order on Motion to Compel Post-Judgment Discovery Responses ("Order"), dated February 8, 2006, for its failure to answer the Plaintiffs' Post-Judgment Interrogatories and Requests for Production of Documents ("Post-Judgment Discovery"); why it should not pay conditional and compensatory fines as a result of its conduct; and why its president should not be placed in custody or imprisoned pending his compliance with the Court's Order. Responses to the Post-Judgment

Discovery are necessary so that the Plaintiffs can determine whether there are means by which they may collect fringe benefit contributions, interest, damages, and attorneys' fees owed as a result of this Court's judgment against the Defendant.

In support of their Motion, Plaintiffs submit herewith their Memorandum of Law In Support of Plaintiffs' Motion for Finding of Contempt, which they incorporate by reference in this Motion.

>Respectfully submitted,
>
>PAUL J. MCNALLY, as he is
>TRUSTEE, MASSACHUSETTS
>LABORERS' HEALTH AND WELFARE
>FUND, et al,
>
>By their attorneys,
>
>/s/ Gregory A. Geiman
>Anne R. Sills, Esquire
>BBO #546576
>Gregory A. Geiman, Esquire
>BBO #655207
>Segal, Roitman & Coleman
>11 Beacon Street
>Suite #500
>Boston, MA  02108
>(617) 742-0208
>ggeiman@segalroitman.com

Dated:  March 20, 2006

### CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion for Finding of Civil Contempt has been served by first class mail upon the defendant, D.J. Stampfl at 45 Walpole Street, Norwood, MA 02062 this 20th day of March, 2006.

>/s/ Gregory A. Geiman
>Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-129/motion-contempt.doc