# SEGAL, ROITMAN & COLEMAN

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE PRATT-MITRA
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. McKENNA, Jr.
PAUL S. HOROVITZ

November 14, 2005

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**

Dennis J. Stampfl, President
D.J. Stampfl Co.
445 Walpole Street
Norwood, MA 02062

Re:  **Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health & Welfare Fund, et al v. D.J. Stampfl Corp.**
C.A. No. 04-10520 DPW

Dear Mr. Stampfl:

Your company owes the Massachusetts Laborers' Benefit Funds an unpaid audit balance totaling $4,797.52 for the period September through December, 2003, plus interest. Moreover, your company owes the Funds a total of $14,297.48 in underpayments and interest on late-paid contributions. You have been promising a payment toward your audit balance since mid-July; unfortunately, your many promises have gone unfulfilled.

As such, you leave me with no choice but to seek further litigation against your company. I sent Plaintiff Funds' Post-Judgment Interrogatories and Requests for Production of Documents to you on May 19, 2005, and to date I have received no response to these documents. Responses to these Interrogatories and Requests for Production of Documents (copies of which are enclosed for your reference) were due within thirty (30) days. Please be advised that if I do not receive these Responses by Wednesday, November 23, I will seek authorization to file with the Court a Motion to Compel the production of your Responses, in which case you can be liable for attorneys' costs incurred in the filing of that Motion.

Very truly yours,

Gregory A. Geiman

cc:  Phil Mackay
GAG/gag&ts
ARS 6306 05-129/stampfl3.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Mike Mitchell*  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name): MIKE MITCHELL  C. Date of Delivery: 11/16 |
| 1. Article Addressed to:<br>Dennis J. Stampfl, President<br>D.J. Stampfl Co.<br>445 Walpole Street<br>Norwood, MA 02062 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| | 3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered  ☒ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)  ☐ Yes |
| 2. Article Number (Transfer from service label) | 7004 2510 0007 5349 9282 |

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540