# SEGAL, ROITMAN & COLEMAN

DONALD J. SIEGEL
PAUL F. KELLY
IRA SILLS
MARY THOMAS SULLIVAN*
SHELLEY B. KROLL
BURTON E. ROSENTHAL
ANNE R. SILLS
KATHRYN S. SHEA
INDIRA TALWANI**
ELIZABETH ARIENTI SLOANE
MICHAEL J. DOHENY
STEPHANIE R. PRATT
GREGORY A. GEIMAN
RACHEL E. ROSENBLOOM

COUNSELLORS AT LAW
11 BEACON STREET
SUITE 500
BOSTON, MASSACHUSETTS 02108

ROBERT M. SEGAL (1915-1999)

OF COUNSEL
RICHARD W. COLEMAN
HAROLD B. ROITMAN
JOANNE F. GOLDSTEIN
JOSEPH P. MCKENNA, Jr.
PAUL S. HOROVITZ

* Also Admitted to the New Hampshire Bar
** Also Admitted to the California Bar

February 9, 2006

**BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, AND FIRST CLASS MAIL**
Dennis J. Stampfl
D.J. Stampfl Co.
445 Walpole Street
Norwood, MA 02062

Re: Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health & Welfare Fund, et al v. D.J. Stampfl Corp.
C.A. No. 04-10520 DPW

Dear Mr. Stampfl:

Please see the enclosed Court Order on Plaintiffs' Motion to Compel Post-Judgment Discovery Responses.

Very truly yours,

Gregory A. Geiman

Encl.

cc: Phil Mackay

GAG/gag&ts
ARS 6306 05-129/stampfl4.doc

TEL: (617) 742-0208 • FAX: (617) 742-2187

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, as he is Trustee, et al.,
    Plaintiffs
v.                         Civil Action No. 04-10520-DPW

D.J. STAMPFL CORP.
    Defendant

**ORDER ON MOTION TO COMPEL POST-JUDGMENT DISCOVERY RESPONSES**

WOODLOCK, D.J.

    In accordance with this Court's ruling on Plaintiff's motion to Compel Post-Judgment Discovery [24], it is hereby Ordered:

(1) Stampfl shall answer the Plaintiff's Post Judgment Interrogatories and Requests for Production of Documents completely within at least fourteen (14) days of the date of this Order; and

(2) The Court will order sanctions as authorized under Rule 37(b)(2)(D) against Stampfl if it fails to comply fully with this Order within fourteen (14) days.

    The Plaintiffs shall serve this order on the Defendant D.J. Stampfl Corp. as soon as possible.

BY THE COURT,

/s/Michelle Rynne
Deputy Clerk

February 8, 2006



| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_  ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  C. Date of Delivery<br>Michael Mitchell |
| 1. Article Addressed to:<br>Dennis J. Stampfl<br>D.J. Stampfl Co.<br>445 Walpole Street<br>Norwood, MA  02062 | D. Is delivery address different from item 1? ☐ Yes<br>   If YES, enter delivery address below:    ☐ No<br><br>3. Service Type<br>☒ Certified Mail  ☐ Express Mail<br>☐ Registered       ☒ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>   (Transfer from service label) | 7005 2570 0001 8788 8943 |

PS Form 3811, February 2004        Domestic Return Receipt        102595-02-M-1540