UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

PAUL J. McNALLY, Trustee

    v.                                            CIVIL ACTION
                                                      NO. 04-10520-DPW

D.J. STAMPFL CORP.

## ORDER TO SHOW CAUSE

DEIN, Magistrate Judge

    D.J. STAMPFL CORP., defendant in the above-entitled matter, failed to respond to Post Judgment Interrogatories and Requests for Production of Documents as ordered by this Court on February 8, 2006.

    Accordingly, D.J. STAMPFL CORP. is hereby ORDERED TO SHOW CAUSE why they should not be held in contempt for failure to comply with a court order. D.J. STAMPFL CORP. is ORDERED to appear in **Courtroom 15 on the 5th Floor, of the United States District Court, District of Massachusetts, One Courthouse Way, Boston, MA, on JUNE 1, 2006 at 3:00 P.M.** to respond in person to this Show Cause Order.

    IT IS FURTHER ORDERED that the Plaintiff shall serve this order FORTHWITH on D.J. STAMPFL CORP..

                                                                          BY THE COURT,

                                                              / s / Jolyne D'Ambrosio
                                                              By: Deputy Clerk

DATED: May 2, 2006