UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| PAUL J. McNALLY, as he is TRUSTEE, MASSACHUSETTS LABORERS' HEALTH AND WELFARE FUND and NEW ENGLAND LABORERS' TRAINING TRUST FUND; JAMES MERLONI, JR., as he is TRUSTEE, MASSACHUSETTS LABORERS' PENSION FUND and MASSACHUSETTS LEGAL SERVICES FUND; MARTIN F. WALSH, as he is TRUSTEE, MASSACHUSETTS LABORERS' ANNUITY FUND,<br>　　　　　Plaintiffs<br><br>　　　　　vs.<br><br>D.J. STAMPFL CORP.,<br>　　　　　Defendant<br><br>　　　　　and<br><br>FLEET BANK,<br>　　　　　Trustee | C.A. No. 04-10520 DPW |

**PLAINTIFFS' MOTION TO WITHDRAW MOTION
FOR FINDING OF CIVIL CONTEMPT**

Plaintiffs Paul J. McNally, as he is Trustee, Massachusetts Laborers' Health and Welfare Fund, et al. ("Funds"), herein respectfully move this honorable Court to withdraw Plaintiffs' Motion for Finding of Civil Contempt, filed on March 20, 2006 and scheduled for an Order to Show Cause Hearing on June 1, 2006. As grounds therefore, Plaintiffs state as follows:

1. The Defendant has agreed to pay $18,000.00 to the Funds in three equal installments in satisfaction of the judgment entered against it in October, 2004 by this honorable Court for the non-payment of fringe benefit contributions to the Funds. The subject of the Plaintiffs' Motion for Civil Contempt was the Defendant's failure to respond to their post-judgment discovery requests; should the Defendant abide by the terms of the aforementioned

payment plan and satisfy its contributions delinquency to the Funds, the Funds will no longer have a need for said post-judgment discovery responses.

WHEREFORE, Plaintiffs respectfully move this honorable Court to withdraw their Motion for Civil Contempt, without prejudice as to re-filing should the Defendant breach the terms of the aforementioned payment agreement.

> Respectfully submitted,
>
> PAUL J. McNALLY, as he is
> TRUSTEE, MASSACHUSETTS
> LABORERS' HEALTH AND WELFARE
> FUND, et al,
>
> By their attorneys,
>
> /s/ Gregory A. Geiman
> Anne R. Sills, Esquire
> BBO #546576
> Gregory A. Geiman, Esquire
> BBO #655207
> Segal, Roitman & Coleman
> 11 Beacon Street
> Suite #500
> Boston, MA  02108
> (617) 742-0208
> ggeiman@segalroitman.com

Dated:  May 30, 2006

## CERTIFICATE OF SERVICE

This is to certify that a copy of the above Motion to Withdraw Motion for Finding of Civil Contempt has been served by first class mail upon the defendant, D.J. Stampfl Corp., by its attorney Michael Van Dam, Esquire at Van Dam & Traini, LLP, 220 Boylston Street, Chestnut Hill, MA  02467-2090 this 30th day of May, 2006.

> /s/ Gregory A. Geiman
> Gregory A. Geiman, Esquire

GAG/gag&ts
ARS 6306 05-129/motion-withdraw-contempt.doc

2